USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 11, 2015

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Premier Accessory Group, LLC,<br><br>          Plaintiff<br>     v.<br><br>Custom Accessories, Inc.,<br><br>          Defendant. | Civil Action No. 1:15-cv-00081(KPF) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), and pursuant to the Parties' confidential settlement agreement of this matter, all parties that have appeared hereby stipulate that the above-captioned action, including any counter-claims, be dismissed, with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

By: /s/ Michael F. Sarney Date: 9/10/15

Brian A. Bloom
Michael F. Sarney
MORITT HOCK & HAMROFF LLP
450 Seventh Avenue, 15th Floor
New York, N.Y. 10123

*Attorneys for Plaintiff Premier Accessory Group, LLC*

By: /s/ Gregory C. Bays Date: 9/10/15

Gregory C. Bays
Elias P. Soupos
Michael J. Brandt
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5600 (telephone)
(312) 616-5700 (fax)

*Attorneys for Defendant Custom Accessories,*
.

Dated: September 11, 2015
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE